AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hunter, Henley A. | U.S. Bankruptcy Court | 8/7/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

300 Jackson Street
Alexandria, LA 71301-8357

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Natchitoches Historic Foundation |
| 2. | Agent and Attorney In Fact | See Part IV Reimbursements Line 65 and Part VIII Additional Information |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2011 | History Book Sales | $598.24 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University School of Law | 05/13/11 - 05/22/11 | Arlington, VA | Educational Seminar/ Program | Airfare, Parking and Food |
| 2. | Louisiana State University | 10/19/11 - 10/21/11 | Baton Rouge, Louisiana | Annual Bankruptcy Law Seminar at LSU. Expenses paid by LSU. I was a guest speaker | Mileage, Food and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 8/7/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 8/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One | A | Interest | J | T | | | | | |
| 2. VAC Federal Credit Union | A | Interest | J | T | | | | | |
| 3. FAM Value Fund | B | Dividend | K | T | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. Berkshire Hathaway | | None | J | T | | | | | |
| 6. Ameritrade Money Market | A | Interest | J | T | | | | | |
| 7. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 8. United Healthcare Group | A | Dividend | J | T | | | | | |
| 9. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 10. Express Scripts, Inc. | A | Dividend | J | T | | | | | |
| 11. IRA Brokerage Account #1 | | | | | | | | | |
| 12. Barnes & Noble | A | Dividend | | | Sold | 07/22/11 | K | C | |
| 13. Calamos Fund: Calamos Convertible Growth & Income | A | Dividend | K | T | | | | | |
| 14. Kinder Morgan Energy Partners LP | A | Dividend | K | T | | | | | |
| 15. American Funds: American Funds Capital World Growth & Income | A | Dividend | K | T | | | | | |
| 16. American Funds: American Funds Investment Co. of America | A | Dividend | K | T | | | | | |
| 17. Gamestop Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 8/7/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Regions FDIC Money Market | A | Interest | J | T | | | | | |
| 19. Berkshire Hathaway | | None | J | T | | | | | |
| 20. GNMA CMO Series | A | Dividend | J | T | | | | | |
| 21. Franklin Income | A | Dividend | J | T | Buy | 07/22/11 | J | | |
| 22. IRA Brokerage Account #2 | | | | | | | | | |
| 23. Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 24. Yahoo | A | Dividend | J | T | | | | | |
| 25. Ameritrade Cash Acct. | A | Interest | J | T | | | | | |
| 26. Apple Computer | A | Dividend | M | T | | | | | |
| 27. Viragen, Inc. | A | Dividend | J | T | | | | | |
| 28. Shaw Group | A | Dividend | J | T | | | | | |
| 29. Crocs | A | Dividend | J | T | | | | | |
| 30. Brokerage Account #2 | | | | | | | | | |
| 31. Intel Corporation | A | Dividend | J | T | | | | | |
| 32. Microsoft | A | Dividend | J | T | | | | | |
| 33. Ameritrade Cash Acct. | A | Interest | J | T | | | | | |
| 34. Brokerage Account #3 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 8/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FNMA Remic | D | Dividend | J | T | | | | | |
| 36. CLB Berkshire Hathaway | | None | J | T | | | | | |
| 37. Ebay | A | Dividend | K | T | | | | | |
| 38. Van Kampen Funds: Van Kampen Global Franchise A | A | Dividend | | | Sold | 08/02/11 | J | | See Additional Information |
| 39. Calamos Funds: Calamos Growth | A | Dividend | L | T | | | | | |
| 40. Hartford Funds: Hartford Capital Appreciation | C | Dividend | L | T | Sold (part) | 08/17/11 | K | A | |
| 41. Security Funds: Security Midcap Value | A | Dividend | L | T | | | | | |
| 42. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 12/02/11 | J | C | |
| 43. Regions FDIC Money Market | A | Interest | J | T | | | | | |
| 44. Am Intl. Group (AIG) | A | Dividend | J | T | | | | | |
| 45. Franklin Funds: Franklin Federal Tax Free Income | B | Dividend | K | T | | | | | |
| 46. TSY Inf. L 1XNB | A | Interest | K | T | | | | | |
| 47. AIG Warrants | A | Dividend | K | T | Spinoff (from line 44) | 01/20/11 | J | | See Additional Information |
| 48. Timberland, Natchitoches Parish, LA ▢ acres | | None | K | W | | | | | |
| 49. Timberland Harrison County, TX | A | Rent | J | W | | | | | ME Operating Co., Inc. |
| 50. Regions Bank | A | Interest | J | T | | | | | |
| 51. Various Mineral Interests | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 8/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gregg & Rusk Counties, TX | A | Royalty | J | W | | | | | |
| 53. Harrison County. TX | D | Royalty | K | W | | | | | |
| 54. Marion County, TX | A | Royalty | J | W | | | | | |
| 55. Nueces County, TX | A | Royalty | J | W | | | | | |
| 56. Panola County, TX | A | Royalty | J | W | | | | | |
| 57. Bossier Parish, LA | A | Royalty | J | W | | | | | |
| 58. Caddo Parish, LA | A | Royalty | J | W | | | | | |
| 59. Webster Parish, LA | A | Royalty | J | W | | | | | |
| 60. Ouachita Parish, LA | A | Royalty | J | W | | | | | |
| 61. Yazoo County, MS | A | Royalty | J | W | | | | | |
| 62. FAM Value Fund | A | Dividend | K | T | | | | | |
| 63. Woolsthorpe Technology Corporation | | None | J | W | | | | | See Additional Information |
| 64. Capital One | A | | J | T | | | | | |
| 65. Agent & Attorney In Fact-Checking Account Bank of Montgomery | E | | M | T | | | | | See Additional Information |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 8/7/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 2: VAC Federal Credit Union income previously reported as dividends is actually interest.

Line 38: Van Kampen Global Francishe A changed its name to Invesco Global Franchise June 2, 2010.

Line 47: AIG Warrants were issued by company without reporting individual's requesting them.

Line 48: No income in 2011.

Lines 52-61: In this report, items shown as royalty may include lease bonuses per my letter of August 13, 2006.

Line 63: Woolsthorpe Technology Corporation. This company appears to be virtually defunct.

Line 65: Reporting individual was appointed Agent and Attorney in Fact for a relative April 15, 2011, following her sudden illness. Reporting individual paid expenses using funds on deposit at the using principal's primary checking account at the Bank of Montgomery, as well as depositing income from rental property, farm and miscellaneous income. Other deposits were made by the relative's former employee and neighbor. Social Security and pension payments were deposited directly. Although, the individual had another checking account and a savings account at the Bank of Montgomery, reporting individual exercised no control over those. Reporting individual filed her 2010 tax returns prepared by her CPA. Reporting individual adjusted billing disputes, obtained refunds of utility deposits on her former residence, and assisted in the sale of a vehicle ($1000.00 sales proceeds). The value shown on Part VII, Line 65, is based upon the balance in the primary checking account as of August 29, 2011. By that date, reporting individual's assistance had effectively terminated. The Power of Attorney was formally terminated January 23, 2012.

Reporting individual arranged for the gift and loan of historic artifacts to the National Park Service. There was no appraisal on the donated items. A few of the items on loan were appraised for nominal amounts. Reporting individual suggests that the items have little intrinsic value. Instead, their value relates to their connection to the property listed on National Register and designated a National Historic Landmark. Portions of the property are included in the Cane River Creole National Historic Park.

**Income for the period described in the original report dated May 11, 2011, reporting individual had no income from the checking account at Montgomery Bank, but was acting as agent and attorney in fact for the period shown in the report, which also summarized the types of income. Income consisted of : Social Security, Pension, Rental of land and trailers on lake, refund from overpayment doctor bill, refunds of utility deposits, farm income, and sale of vehicle. Social Security and Pension funds were direct deposits. Reporting individual did not make all of the deposits to the account, as previously shown. The information furnished is from bank statements for the period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henley A. Hunter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544